# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

TIFFANY LEWIS, )
)
   Petitioner, )
)
v. )  Case No. 7:20-cv-01015-LCB-SGC
)
KATINA HECKARD, *et al.*, )
)
   Respondents. )

## ORDER OF DISMISSAL

On December 4, 2020, the magistrate judge entered a report recommending the Plaintiff's claims be dismissed without prejudice for failure to prosecute. (Doc. 8). Although the magistrate judge advised the Plaintiff of her right to file specific written objections within fourteen days, the Court has not received any objections within the time prescribed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Therefore, the Court **DISMISSES** all claims in this matter **WITHOUT PREJUDICE** due to the Plaintiff's failure to prosecute.

**DONE** and **ORDERED** this February 3, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE